UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRACE KERN et al.,

        Plaintiffs,

                              Case No: 1:16-CV-8

v.

                              HON. JANET T. NEFF

VIP TRAVEL SERVICES et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion and order entered this date,

IT IS ORDERED that DEFAULT JUDGMENT is entered against United Shuttle Alliance Transportation Corp and VIP Travel Services.

IT IS FURTHER ORDERED that United Shuttle Alliance Transportation Corp and VIP Travel Services are jointly and severally liable to Plaintiff Brace Kern in the amount of $2,500.00.

IT IS FURTHER ORDERED that United Shuttle Alliance Transportation Corp and VIP Travel Services are jointly and severally liable to Plaintiff Jessica Huigens in the amount of $1,500.00.

IT IS FURTHER ORDERED that Plaintiffs are entitled to recovery of costs from United Shuttle Alliance Corp and VIP Travel Services in accordance with Rule 54(d)(1) of the Federal Rules of Civil Procedure.


Dated: October 2, 2017                              /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                    United States District Judge